

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Greenaway, Jr., Joseph A. | 2. Court or Organization  U.S. District Court New Jersey | 3. Date of Report  05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active Article III | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  U.S. P.O. & Federal Courthouse Federal Square and Walnut St. Newark, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Columbia College Black Alumni Council |
| 2. Advisor | Columbia University's Alumni of Color Outreach (Mentoring Program) |
| 3. Associate Editor | ABA Litigation Magazine |
| 4. Board Member | Board of Visitors of Columbia College |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. 95-96 | Johnson & Johnson Pension Plan |
| 3. | |

2009 MAY -8 A 10: 42 FINANCIAL DISCLOSURE OFFICE RECEIVED

Greenway Jr_Joseph_A

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Columbia College - teaching fall semester | $8,340.00 |
| 2. 2008 | Cardozo School of Law - teaching spring semester | $17,225.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | self-employed legal consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association | February 14-15, 2008 | Scottsdale, AZ | Speaker at seminar | transportation, lodging, meals |
| 2. Cardozo School of Law | March 20, 2008 | New York, NY | Speaker at school | transportation |
| 3. New York Intellectual Property Law Association | March 28-29, 2008 | New York, NY | Speaker at panel | lodging, meal |
| 4. American Bar Association | June 19-21, 2008 | Jackson Hole, WY | Prof. assoc. meeting | transportation, lodging, meal |
| 5. American Bar Association | September 26-28, 2008 | Chicago, IL | Prof. assoc. meeting | transportation, lodging, meal |
| 6. American Bar Association | October 16-18, 2008 | Amelia Island, FL | Prof. assoc. meeting | transportation, lodging, meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Magyar Savings Bank | Line of Credit | L |
| 2. American Express | Credit Card | K |
| 3. Citibank Mastercard | Credit Card | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Express common stock | A | Dividend | J | T | | | | | |
| 2. Coca-Cola common stock | A | Dividend | | | Sold | 4/15 | K | | |
| 3. Merck common stock | A | Dividend | J | T | | | | | |
| 4. Microsoft common stock | A | Dividend | J | T | Sold (part) | 4/15 | K | | |
| 5. McDonalds common stock | A | Dividend | J | T | | | | | |
| 6. Johnson & Johnson common stock | D | Dividend | N | T | | | | | |
| 7. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 8. Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 9. Disney common stock | A | Dividend | J | T | | | | | |
| 10. Intel common stock | A | Dividend | J | T | Sold (part) | 4/15 | J | | |
| 11. Pepsi common stock | A | Dividend | | | Sold | 4/15 | J | | |
| 12. Johson & Johnson 401(k) | A | Interest | M | T | | | | | |
| 13. Nextel common stock (Y) | | | | | | | | | |
| 14. AT&T common stock (Y) | | | | | | | | | |
| 15. U.S. Treasury Strips | A | Interest | J | T | | | | | |
| 16. Federal Home Loan Mortgage zero coupons | A | Interest | | | Sold | 4/15 | K | | |
| 17. Dell Computers common stock | A | Dividend | | | Sold | 4/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T Wireless common stock (Y) | | | | | | | | | |
| 19. GE common stock | A | Dividend | J | T | | | | | |
| 20. Yum! Brands | A | Dividend | | | Sold | 4/15 | J | | |
| 21. Chase 401K | A | Dividend | O | T | | | | | |
| 22. Pfizer common stock (X) | A | Dividend | J | T | | | | | |
| 23. Comcast common stock (X) | A | Dividend | J | T | | | | | |
| 24. Wachovia Securities IRA money market (X) | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A. | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The Wachovia Securities IRA money market account listed as item 24 in section VII had been opened, but unfunded, for many years. The account now holds only cash from the sale of stocks, which were in the IRA account. Those stocks are listed individually in section VII, and have been since their purchase.

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Jr., Joseph A. | 05/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FA
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544